IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY FELLS, | : | |
|     Petitioner, | : | |
| | : | 1:13-cv-1425 |
| v. | : | |
| | : | Hon. John E. Jones III |
| DOMINICK DEROSE, *et al.*, | : | |
|     Respondent. | : | |

## ORDER

### October 28, 2014

**NOW, THEREFORE**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. There is no basis for the issuance of a certificate of appealabilty.  *See* 28 U.S.C. § 2253(c).

    s/ John E. Jones III
    John E. Jones III
    United States District Judge